**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN (GRAND RAPIDS)**

IN THE MATTER OF:

| | |
|---|---|
| Brandon Angelo Smith, Sr., | Bankruptcy Case No.  14-07097-jtg |
| | Honorable John T. Gregg |
| Debtor. | Chapter 7 |

_____ /

**CHAPTER 7 TRUSTEE'S OBJECTION TO DEBTOR'S MOTION**
**TO DISMISS CHAPTER 7 PROCEEDING**

Kelly M. Hagan, Chapter 7 Trustee ("Trustee"), by and through her attorneys, Beadle Smith, PLC, states for her Objection to Debtor's Motion to Dismiss Chapter 7 Proceeding ("Motion") as follows:

1.      On November 7, 2014, Debtor Brandon Angelo Smith, Sr. ("Debtor") filed for relief under Chapter 7 of the Bankruptcy Code, Title 11, as amended ("Petition Date").

2.      Kelly M. Hagan is the duly qualified Chapter 7 Trustee in the above captioned bankruptcy proceeding.

3.      Although not disclosed in his Bankruptcy Schedules filed with the Court, the Debtor is a Plaintiff in a personal injury lawsuit against several defendants ("Lawsuit 1") and a lawsuit against various insurance companies ("Lawsuit 2"), for claims arising from an automobile accident which occurred prior to the bankruptcy filing.

4.      Debtor advised the Trustee that Lawsuit 1 had a case evaluation of $90,000 and Lawsuit 2 had a case evaluation of $27,500.00.

5.      Debtor has not claimed an exemption in Lawsuit 1 or Lawsuit 2 but the Trustee does believe that he is entitled to claim an exemption in a portion of the claims.

6.      Trustee believes there will be a significant dividend to unsecured creditors through the administration of this proceeding.

7.      Trustee asserts that dismissal of this proceeding is not in the best interests of creditors.

Wherefore, Trustee requests that this honorable Court deny Debtor's request to dismiss his Chapter 7 proceeding.

Respectfully submitted,

Dated: 2/19/15

/S/ Kevin M. Smith
By: Kevin M. Smith (P48976)
Attorneys for Trustee
Beadle Smith, PLC
445 South Livernois, Suite 305
Rochester Hills, MI 48307
(248) 650-6094, Ext. 15; (248) 650-6095 (fax)
ksmith@bbssplc.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN (GRAND RAPIDS)**

**IN THE MATTER OF:**

Brandon Angelo Smith, Sr.,                          Bankruptcy Case No.  14-07097-jtg
                                                    Honorable John T. Gregg
                Debtor.                             Chapter 7
_____/

**CERTIFICATE OF SERVICE**

     I hereby certify that on  February 19, 2015,  I served a copy of Trustee's Objection to Debtor's Motion to Dismiss Chapter 7 Proceeding by ECF to:

Office of the U.S. Trustee

Kelly M. Hagan
Chapter 7 Trustee

and further certify that I served a copy of the Trustee's Objection to Debtor's Motion to Dismiss Chapter 7 Proceeding and this Certificate of Service by U.S. First Class Mail to:

Brandon Smith, Sr.
1132 Hyland Street
Lansing, MI 48915

     /S/ Kevin M. Smith
     By: Kevin M. Smith (P48976)
     Attorneys for Trustee
     Beadle Smith, PLC
     445 South Livernois, Suite 305
     Rochester Hills, MI 48307
     (248) 650-6094, Ext. 15; (248) 650-6095 (fax)
     ksmith@bbssplc.com